1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10

11   GREGORY LEROY SMITH,                          CASE NO. 06cv1114 DMS (PCL)

12                              Plaintiff,          **ORDER (1) ADOPTING IN PART
                                                    AND REJECTING IN PART**
13          vs.                                     **REPORT AND
                                                    RECOMMENDATION AND (2)**
14                                                  **GRANTING DEFENDANT
                                                    COUNTY OF SAN DIEGO'S**
15   STATE OF CALIFORNIA, et al.,                   **MOTION FOR JUDGMENT ON
                                                    THE PLEADINGS**
16                              Defendants.
                                                    **[Docket No. 30]**
17

18          On June 14, 2007, United States Magistrate Judge Peter C. Lewis issued a Report and

19   Recommendation ("R&R") that Defendant County of San Diego's motion for judgment on the

20   pleadings be granted with leave to amend. Neither party has filed any objections to the R&R. Having

21   reviewed the R&R and the relevant record, the Court concludes the R&R correctly applies the law to

22   the record, with one exception: Given the procedural posture of this case, specifically, the impending

23   trial date of August 6, 2007, and Plaintiff's failure to request leave to amend, the Court rejects the

24   Magistrate Judge's recommendation that Plaintiff be granted leave to file an Amended Complaint that

25   cures the deficiencies of his *Monell* claim. With this modification, the R&R is adopted as the decision

26   / / /

27   / / /

28   / / /

1    of this Court, and Defendant County of San Diego's motion for judgment on the pleadings is granted.

2    All future dates are hereby confirmed.

3         **IT IS SO ORDERED.**

4    DATED:  July 10, 2007

5    _____

6    HON. DANA M. SABRAW
     United States District Judge